■ The People of the State of New York, Respondent, v Sharon Hayward, Appellant. (Appeal No. 1.) [924 NYS2d 893]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered July 20, 2009. The judgment convicted defendant, upon her plea of guilty, of forgery in the second degree and identity theft.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

■ The People of the State of New York, Respondent, v Sharon Hayward, Appellant. (Action No. 2.) [924 NYS2d 894]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered July 20, 2009. The judgment convicted defendant, upon her plea of guilty, of forgery in the second degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.